# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139926

DEARBORN CAPITAL CORPORATION,
      Plaintiff-Appellant,

v

                                            SC: 139926
                                            COA: 284274
                                            Oakland CC: 07-082316-CK

FACUNDO BRAVO,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0419

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010                                      _____
                                                   Clerk